[No. 44836-0-II. Division Two. May 5, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ALIX HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-01291-3, Katherine M. Stolz, J., entered April 26, 2013. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa and Melnick, JJ.

[No. 44949-8-II. Division Two. May 5, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK SCOTT MACY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-1-00854-0, Steven B. Dixon, J., entered April 26, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 45260-0-II. Division Two. May 5, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DON OLMSTED, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-00226-4, Robert A. Lewis, J., entered August 20, 2013. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Melnick, JJ.

[No. 45648-6-II. Division Two. May 5, 2015.]

BEVERLY GORDON, *Appellant*, v. KITSAP COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-05495-4, Garold E. Johnson, J., entered November 1, 2013. *Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa and Melnick, JJ.